IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                            CV 12-0634 WPL/RHS

2005 NISSAN TITAN XE
VIN: 1N6AA07B65N548486,

SAVAGE MODEL STEVENS 84C .22 CAL RIFLE
NO SERIAL NUMBER,

SMITH & WESSON MODEL SW40V .40 CAL PISTOL
SERIAL NUMBER: PAZ7332,

    Defendants,

and

ROY MADRID,

    Claimant.

**FINAL JUDGMENT AND ORDER OF FORFEITURE
AS TO TWO DEFENDANT FIREARMS**

This matter is before me on the Government's Motion for Entry of Final Judgment and Order of Forfeiture as to Two Defendant Firearms. (Doc. 16.) Having read the motion and being fully advised in the premises, I find that the motion is well taken and will be granted.

I find as follows:

1. The Verified Complaint for Forfeiture *In Rem* was filed on June 12, 2012. (Doc. 1.)

2. On July 12, 2012, Roy Madrid filed a claim for the Defendant Vehicle (2005 Nissan Titan XE). (Doc. 12.)

3. Notice of this forfeiture action was published on http://www.forfeiture.gov from June 29, 2012, to July 28, 2012. (Doc. 15.) The deadline to file a claim has expired.

4. There are no parties with standing to object to this motion.

5. No claims or parties remain for adjudication regarding the two Defendant Firearms.

IT IS THEREFORE ORDERED that all right, title and interest in the two Defendant Firearms:

1) Savage Model Stevens 84C .22 Cal Rifle, No Serial Number; and

2) Smith & Wesson Model SW40V .40 Cal Pistol, Serial Number: PAZ7332

are forfeited to the United States, and title thereto is vested in the United States.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.